# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148917

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMIE DENALE PRUITTE a/k/a JAMIE
DANALE PRUITTE a/k/a JAMIE DANELLE
PRUITTE a/k/a JAMIE DARNELL PRUITTE,
      Defendant-Appellant.

SC: 148917
COA: 319543
Calhoun CC: 2013-000583-FC
              2013-000584-FC
              2013-000585-FC

_____/

On order of the Court, the application for leave to appeal the January 28, 2014 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Lockridge* (Docket No. 149073) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721